■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN SMITH, Appellant. [827 NYS2d 881]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 23, 1992 (*People v Smith,* 176 AD2d 834 [1991]), affirming a judgment of the Supreme Court, Queens County, rendered October 12, 1988.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Miller, Schmidt and Ritter, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAKIM SMITH, Appellant. [829 NYS2d 226]—Appeal by the defendant from a sentence of the Supreme Court, Queens County (Blackburne, J.), imposed March 29, 2000.

Ordered that the appeal is dismissed.

The Supreme Court sentenced the defendant to a determinate prison term of eight years. Neither the sentencing minutes nor the court's order of commitment mention the imposition of any period of postrelease supervision. Therefore, the sentence appealed from does not include any period of post-release supervision (*see Hill v United States ex rel. Wampler,* 298 US 460 [1936]; *Earley v Murray,* 451 F3d 71 [2006], *reh denied* 462 F3d 147 [2006]; *but see People v Sparber,* 34 AD3d 265 [2006]). As the defendant does not raise any challenge to the sentence actually imposed, his appeal must be dismissed. Crane, J.P., Ritter, Fisher and Covello, JJ., concur.